IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ThermoLife International LLC, | No. CV-12-01466-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Hi-Tech Pharmaceuticals Incorporated, | |
| Defendant. | |

Before the Court is the parties' joint motion to dismiss the case. (Doc. 79.) For good cause shown,

**IT IS ORDERED** that the joint motion (Doc. 79) is **GRANTED** as modified: This action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to terminate this case.

Dated this 11th day of December, 2018.

Douglas L. Rayes
United States District Judge